# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arely Gael Escalante-Gonzalez,<br><br>Petitioner,<br><br>v.<br><br>Markwayne Mullin, et al.,<br><br>Respondents. | No. CV-26-02913-PHX-SPL (JFM)<br><br>**ORDER** |

Petitioner challenged his present immigration detention, arguing he was previously released from immigration detention on his own recognizance and his re-detention without a pre-deprivation hearing violated his due process rights. (Doc. 1.) The Court directed Respondents to show cause why the Petition should not be granted. (Doc. 4.) Respondents' response stated:

Respondents do not oppose Petitioner's request for release at this time.

(Doc. 7.) The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to his request for release from custody.

**IT IS THEREFORE ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to his request for release from custody. The remainder of the Petition is denied as moot.

**IT IS FURTHER ORDERED** Respondents must immediately release Petitioner from custody under the same conditions that existed before his detention.

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance

within two business days of Petitioner's release.

**IT IS FINALLY ORDERED** any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 7th day of May, 2026.

Honorable Steven P. Logan
United States District Judge

- 2 -